NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TIMOTHY TURNER, DOC #144684,   )
       )
    Appellant,   )
       )
v.       )   Case No. 2D17-3819
       )
STATE OF FLORIDA,   )
       )
    Appellee.   )
_____)

Opinion filed July 3, 2019.

Appeal from the Circuit Court for Polk
County; Wayne Durden, Judge.

Brooke E. Teal, Special Assistant Public
Defender of Tampa for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Cerese Crawford Taylor,
Assistant Attorney General, Tampa for
Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, VILLANTI, and LUCAS, JJ., Concur.